Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Emily C. Beecham, Esq. (SBN: 315462)
emily@kazlg.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Thomas Ramsden

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS RAMSDEN,<br><br>    Plaintiff,<br><br> v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>    Defendant. | Case No.: 2:17-cv-03464-PSG-AS<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>Hon. Philip S. Gutierrez |

Plaintiff, THOMAS RAMSDEN ("Plaintiff"), and Defendant, OCWEN LOAN SERCIVING, LLC ("Defendant") (jointly the "Parties"), hereby move this Honorable Court to dismiss the above-entitled action with prejudice. In support of this joint motion, the Parties state as follows:

1.    The Parties have reached a settlement in this action;

2.    The Parties to this litigation have jointly entered into this Stipulation;

3.    Defendant, without acknowledging liability or wrongdoing, and Plaintiff, without acknowledging liability or wrongdoing, have agreed to fully and completely settle this matter;

4.    The Parties are to bear their own fees and costs;

5.    The settlement between Plaintiff and Defendant is memorialized in a written settlement agreement, now fully executed by Plaintiff and the Defendant; and

6.    The Parties agree that this Court may proceed to dismiss this action in its entirety with prejudice as to Plaintiff's individual claims, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

WHEREFORE, the Parties jointly move this Court to dismiss the above-captioned action with prejudice.


Dated:  October 22, 2018                    KAZEROUNI LAW GROUP, APC


                                            By:    /s Emily C. Beecham
                                                   Emily C. Beecham, Esq.
                                                   *Attorney for Plaintiff*,
                                                   Thomas Ramsden

///
///
///
///
///

- 2 -

Dated:  October 22, 2018                    TROUTMAN SANDERS LLP

                                    By:    /s Virginia Bell Flynn
                                           Virginia Bell Flynn, Esq.
                                           *Attorney for Defendant*,
                                           Ocwen Loan Servicing, LLC

## ATTESTATION OF FILER

        Pursuant to local rules, the undersigned hereby attests that all parties have concurred in the filing of this stipulation.

                                           /s Emily C. Beecham
                                           Emily C. Beecham, Esq.

- 3 -